HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BERNARDO BAROCIO ALCARAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:16-MJ-00024 SKO-1 |
| Plaintiff, | |
| vs. | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER |
| BERNARDO BAROCIO ALCARAZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Patrick R. Delahunty, counsel for plaintiff, and Assistant Federal Defender Janet Bateman, counsel for Defendant Bernardo Barocio Alcaraz, that the pretrial release condition requiring the posting of a $4,000 cash bond by Mr. Bernardo Barocio Alcaraz's brother, Horacio Barocio, be modified to eliminate Mr. Horacio Barocio as the person posting the $4,000 cash bond.

On March 2, 2016, this Court ordered Mr. Barocio Alcaraz released on conditions, including the posting of a $4,000 cash bond, to be posted by Mr. Barocio Alcaraz's brother, Horacio.  However, Mr. Barocio Alcaraz's brother lives in Virginia and the process has become logistically unfeasible.  Mr. Barocio Alcaraz's friend, who lives in the Eastern District, is willing and able to post the cash bond.

/ / /

Mr. Barocio Alcaraz respectfully requests that the Court modify the pretrial condition to eliminate Horacio Barocio as the person posting the cash bond of $4,000. All other conditions will remain in full force and effect. Both counsel for the government as well as the Pretrial Services Officer do not object to this modification.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 9, 2016         By:      /s/ *Patrick R. Delahunty*
                                      PATRICK R. DELAHUNTY
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: March 9, 2016         By:      /s/ *Janet Bateman*
                                      JANET BATEMAN
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      BERNARDO BAROCIO ALCARAZ

O R D E R

IT IS SO ORDERED. The pretrial release condition requiring the posting of a $ 4,000 cash bond that was to be posted by Defendant's brother, Horacio, is hereby modified to eliminate Mr. Horacio Barocio's name as the person posting the $4,000 cash bond. The bond remains required to be posted, but may be posted by another individual. All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:   **March 11, 2016**                    /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE