HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561

Attorneys for Defendant
BERNARDO BAROCIO ALCARAZ

FILED
SEP 2 2 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-mj-00024-SKO |
|---|---|
| Plaintiff, | **DEFENDANT'S AMENDED MOTION TO EXONERATE CASH BOND AND EXHIBITS ; ORDER** |
| vs. | |
| BERNARDO BAROCIO ALCARAZ, | Judge: Honorable Sheila K. Oberto |
| Defendant. | |

Defendant Bernardo Barocio Alcaraz was sentenced on July 13, 2017 by the Honorable Glen E. Conrad in Western District of Virginia, Roanoke Division, in case 7:16-cr-00008-GEC-2, to 24 months at the Federal Bureau of Prisons (See Exhibit A). Mr. Alcaraz was ordered to surrender as directed by the United States Marshal. Per the attached printout from the Bureau of Prisons website, Mr. Alcaraz is currently serving his sentence at Moshannon Valley CI with a release date of May 4, 2019 (*See* Exhibit C: BOP Inmate Locator). Mr. Alcaraz therefore requests that bail be exonerated pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

Pursuant to the Court's order of March 11, 2016, setting conditions of release, Mr. Alcaraz's wife, Yolanda Gonzalez, posted $4,000 (*See* Exhibit B):

| 03/14/2016 | 11 | CASH BOND POSTED as to Bernardo Barocio Alcaraz in the amount of $4,000.00, Receipt # CAE100031966. (Lundstrom, T) (Entered: 03/14/2016) |
|---|---|---|

Motion to Exonerate Bond; [PROPOSED] ORDER     -1-

| | | |
|---|---|---|
| 1 | | Additionally, it is requested that Mr. Alcaraz's Mexico Matricula Consular Card No. |
| 2 | | 4626662 be returned. |

| 03/14/2016 | 9 | COLLATERAL RECEIVED as to Bernardo Barocio Alcaraz: Mexico Matricula Consular Card from Bernardo Barocio-Alcaraz, 4626662. (Lundstrom, T) (Entered: 03/14/2016) |

Since no conditions of the bond remain to be satisfied, it is requested that these items be returned.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 22, 2017

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
BERNARDO BAROCIO ALCARAZ

# ORDER

IT IS HEREBY ORDERED that the Clerk of the Court exonerate the bond in the above-captioned case and return the posted cash and consular card to Ms. Yolanda Gonzales.

The court's financial department shall contact the Federal Defender to obtain Ms. Gonzales' current contact information.

DATED: September 22, 2017

Sheila K. Oberto
United States Magistrate Judge

*U.S. v. Alcaraz*
Case No. 1:16-mj-00024 SKO

EXHIBT A

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 13 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Western District of Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Bernardo Barocio Alcaraz | JUDGMENT IN A CRIMINAL CASE<br>Case Number: DVAW716CR000008-002<br>Case Number:<br>USM Number: 75585-097<br>Christopher K. Kowalczuk, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   Seven (7) (Lesser Included)

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty,

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) | Possess with the Intent to Distribute Methamphetamine | 08/23/2015 | Seven (7) |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)   One (1)   ☒ is   ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 10, 2017
Date of Imposition of Judgment

/s/ Glen Conrad
Signature of Judge

Glen E. Conrad, United States District Judge
Name and Title of Judge

July 11, 2017
Date

Exhibit A

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Twenty Four (24) Months as to Count Seven (7).

☒ The court makes the following recommendations to the Bureau of Prisons:
Placement at FCI Butner, North Carolina.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before _____ on _____
  ☒ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
a _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

Three (3) Years as to Count Seven (7).

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. ☐ You must make restitution in accordance with sections 3663 and 3663A, or any other statute authorizing a sentence of restitution. *(check if applicable)*
3. You must not unlawfully possess a controlled substance.
4. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

Exhibit A

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

DEFENDANT: Bernardo Barocio Alcaraz
CASE NUMBER: DVAW716CR000008-002

Judgment-Page 5 of 7

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall not illegally re enter the United States and is advised that should he re enter the United States, such re entry would constitute a violation of the terms of supervised release.

2. Upon release from imprisonment, the defendant shall be delivered to an authorized immigration official for deportation proceedings, cooperate fully with said proceedings, and shall remain outside of the United States. Should deportation not occur, the defendant shall report within 72 hours release from the Bureau of Prisons or any authorized immigration official to the probation office in the district to which the defendant is released.

3. Following release from imprisonment, the court will evaluate defendant's status and determine whether, after incarceration, drug rehabilitation is necessary and appropriate. If additional rehabilitation is deemed appropriate, the defendant shall participate in a program as designated by the court, upon consultation with the probation officer, until such time as the defendant has satisfied all the requirements of the program.

4. The defendant shall reside in a residence free of firearms, ammunition, destructive devices and dangerous weapons.

5. The defendant shall submit to warrantless search and seizure of person and property as directed by the probation officer, to determine whether the defendant is in possession of firearms and illegal controlled substances.

DEFENDANT: Bernardo Barocio Alcaraz
CASE NUMBER: DVAW716CR000008-002

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | Assessment | JVTA Assessment* | Fine     | Restitution |
|--------|------------|------------------|----------|-------------|
| TOTALS | $ 100.00   | $                | $ 400.00 | $           |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---------------|--------------|---------------------|------------------------|
|               |              |                     |                        |

TOTALS _____ _____

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the    ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.    Exhibit A

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, the total criminal monetary penalties are due immediately and payable as follows:

A [X] Lump sum payment of $ 100 immediately, balance payable

- [ ] not later than _____, or
- [X] in accordance [ ] C, [ ] D, [ ] E, [X] F or, [ ] G below; or

B [ ] Payment to begin immediately (may be combined with [ ] C, [ ] D, [ ] F, or [ ] G below); or

C [ ] Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D [ ] Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E [ ] Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F [X] During the term of imprisonment, payment in equal __monthly__ (e.g., weekly, monthly, quarterly) installments of $ __25__, or __50__ % of the defendant's income, whichever is less, to commence __60 days__ (e.g., 30 or 60 days) after the date of this judgment; AND payment in equal __monthly__ (e.g., weekly, monthly, quarterly) installments of $ __50__ during the term of supervised release, to commence __60 days__ (e.g., 30 or 60 days) after release from imprisonment.

G [ ] Special instructions regarding the payment of criminal monetary penalties:


Any installment schedule shall not preclude enforcement of the restitution or fine order by the United States under 18 U.S.C §§ 3613 and 3664(m).

Any installment schedule is subject to adjustment by the court at any time during the period of imprisonment or supervision, and the defendant shall notify the probation officer and the U.S. Attorney of any change in the defendant's economic circumstances that may affect the defendant's ability to pay.

All criminal monetary penalties shall be made payable to the Clerk, U.S. District Court, 210 Franklin Rd., Suite 540, Roanoke, Virginia 24011, for disbursement.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Any obligation to pay restitution is joint and several with other defendants, if any, against whom an order of restitution has been or will be entered.

[ ] Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.


[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

*U.S. v. Alcaraz*
Case No. 1:16-mj-00024 SKO

# EXHIBT B

UNITED STATES OF AMERICA,     CASE NO. 1:16-mj-00024-SKO-1

Plaintiff,

STATEMENT OF OWNERSHIP
OF CASH BOND

vs.

Name: BERNARDO BARDCIQ ALCARAZ     RECEIPT NO CAE-1000319.66

Defendant's Social Security No.

Defendant.

I hereby certify that I am the owner of cash in the amount of $4,000.00, deposited herewith as bond for the above-named defendant. I acknowledge receipt of a copy of the Order Setting Conditions of Release and understand that violation by defendant of said order could subject my money to forfeiture.

Upon order of this court exonerating such bond, the above amount shall be refunded and returned to me at the following address:

_Yolanda Gonzales_     _March-14-16_
Name of Surety            Date

Address                  SIGNATURE OF SURETY

City, State    Zip Code       Social Security Number

Telephone Number

Exhibit B

*U.S. v. Alcaraz*
Case No. 1:16-mj-00024 SKO

EXHIBT C

A-Z Topics   Site Map   FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Jobs | Business | Resources | Contact Us |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present.

Find By Number | **Find By Name**

First: bernardo   Middle:    Last: alcaraz   Race:    Age:    Sex:

**1** Result for search **bernardo alcaraz**   Clear Form   [ Search ]

### BERNARDO BAROCIO ALCARAZ

Register Number: 75585-097

Age: 35
Race: White
Sex: Male

Located at: Moshannon Valley CI
Release Date: 05/04/2019

**Related Links**
Facility Information
Call or email
Send mail/package
Send money
Visit
Voice a concern

About the inmate locator & record availability

About Us / About Our Agency / About Our Facilities / Historical Information / Statistics
Inmates / Find an Inmate / Communications / Custody & Care / Visiting / Voice a Concern
Locations / List of our Facilities / Map of our Locations / Search for a Facility
Jobs / Life at the BOP / Explore Opportunities / Current Openings / Our Hiring Process
Business / Acquisitions / Solicitations & Awards / Reentry Contracting
Resources / Policy & Forms / News Articles / Publications / Research & Reports
Resources For ... / Victims & Witnesses / Employees / Former Inmates / Media Reps

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government

Exhibit C

https://www.bop.gov/inmateloc/                                9/22/2017